UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALDRICH F. FOX,

    Defendant.

Case No. CR99-5028RJB

ORDER DENYING DETAINER RESOLUTION REQUEST

This matter comes before the court on Defendant's Detainer Resolution Requst (Dkt. 32). He cites RCW 9.98.010. The court has reviewed the file herein. No response to the request has been filed. Mr. Fox makes the request *pro se*, although lawyer Brian Hershman still appears to be his counsel of record. In any event, the court is fully advised and now makes the following order.

The file reflects that Mr. Fox was sentenced to 130 months in custody for manufacture of methamphetamine. His federal custody period elapsed, and he was placed on supervised release in April 2008 for a period of five years. On May 4, 2009, the probation department of this court filed a petition for a warrant (Dkt. 29) alleging violations of supervised release for using methamphetamine and for failing to report to the probation office. On the same day, in the same document, the court ordered the issuance of a warrant. Mr. Fox makes no showing that the warrant

ORDER DENYING DETAINER RESOLUTION REQUEST - 1

should not have been issued or that there is any reason to quash the warrant at this point. His citation to state statute RCW 9.98.010 has no federal authority and does not relate to the issuance of the federal warrant. For those reasons, Mr. Fox's detainer resolution request should be denied.

The court will cause this order, and Mr. Fox's detainer resolution request, to be served on his assigned probation officer, who appears to be Frances L. Davis, at the United States Probation Office in Tacoma, Washington. Mr. Fox may address questions regarding his warrant status to Ms. Davis.

Therefore, it is now

ORDERED that Defendant's Detainer Resolution Request (Dkt. 32) is DENIED.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 27th day of January, 2010.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge